UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Brian Kerzetski,

Plaintiff

v.

Julio Calderin, et al.,

Defendants

Case No. 2:24-cv-02423-CDS-BNW

**Order Denying Plaintiff's Motion for a Status Update and Granting Plaintiff's Motion for an Extension of Time**

[ECF Nos. 37, 42]

On September 9, 2026, plaintiff Brian Kerzetski filed a motion seeking information regarding a motion he stated he electronically filed on August 6, 2026, that has yet to appear on the docket. Mot., ECF No. 37. That motion is granted. The docket does not show a motion for contempt being electronically filed by Kerzetski on August 6, 2026. The only motion for contempt by Kerzetski was filed on July 7, 2026, *see* ECF No. 26, and denied on July 14, 2026, *see* ECF No. 30.

Also pending is Kerzetski's motion to extend time to file a reply[1] to his motion for a preliminary injunction. *See* Mot. to extend time, ECF No. 42. Kerzetski's motion to extend is granted. The reply is now due November 30, 2026. However, because it is clear Kerzetski seeks court intervention for NDOC to serve him particular menus on particular days, Kerzetski must include in his reply a schedule, starting on the day this order is issued and ending on December 31, 2028, that states what menu he seeks to be served each day. The defendants may file a brief surreply, of not more than five pages, within 14 days after service of the reply, indicating whether they object to or are unable to comply with Kerzetski's requests.

[1] It is docketed as a request for more time to file a response, but the court construes the request as one for additional time to file a reply.

## Conclusion

It is therefore ordered that Kerzetski's motion for a status update **[ECF No. 37] is GRANTED.** The Clerk of Court is kindly directed to send Kerzetski a courtesy copy of the order docketed at ECF No. 30.

It is further ordered that Kerzetski's motion to extend time **[ECF No. 42] is GRANTED.** His reply to his motion for preliminary injunction is now due November 30, 2026. In the reply, Kerzetski must include a schedule that states what menu he seeks to be served each day. The schedule should start on the day this order is issued and end on December 31, 2028. If defendants elect to file a surreply, it must be filed 14 days after service of the reply.

Dated: November 13, 2026

_______________________________
Cristina D. Silva
United States District Judge